UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER DAVON SCOTT,

Plaintiff,

v.

SAN MATEO COUNTY JAIL, et al.,

Defendants.

Case No. 24-cv-07682-RS

**ORDER OF DISMISSAL**

Plaintiff alleges a nurse employed at the San Mateo County Jail violated his constitutional right to medical privacy by handing his medical records to another prisoner. His amended 42 U.S.C. § 1983 complaint containing these allegations is now before the Court for review pursuant to 28 U.S.C. § 1915A(a).

The original complaint was dismissed with leave to amend because plaintiff failed to provide the nurse's full name. (Dkt. No. 9.) The amended complaint also does not provide the full name or any other identifying information, but only the first name. Because a complaint cannot be served without knowing the party's name, this action is DISMISSED (without prejudice) to plaintiff filing a motion to reopen when he can provide the required information. Any motion to reopen must (1) have the words MOTION TO REOPEN written on the first page; and (2) be accompanied by an amended complaint in which plaintiff provides the nurse's last name. The amended complaint must appear on this Court's form. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** September 23, 2025

_____
RICHARD SEEBORG
Chief United States District Judge